UNITED STATES DISTRICT COURT FOR THE MIDDLES DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>ALICIA KELSEY SOLELY IN HER CAPACITY AS HEIR OF SHELLEY RAYE SMITH, DECEASED; ET AL.,<br>Defendant (Respondent) | CASE and/or DOCKET No.: 1:22-CV-01314-YK<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS, COMPLAINT**

I, **Sandra Yade**, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve ALICIA KELSEY SOLELY IN HER CAPACITY AS HEIR OF SHELLEY RAYE SMITH, DECEASED the above process on the **1st** day of **October**, 20**22** at **12:22** o'clock **P** M. at 173 GILBERT AVE WINSTED, CT 06098

**Manner of Service:**

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action*

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action*

☐ By handing a copy to the Defendant(s)

☒ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found*

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides*

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof*

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

*Name: **Ken Kelsey**
Relationship/Title/Position: **Spouse**
Remarks: _____
Description: Approximate Age **50** Height **5'7"** Weight **140** Race **W** Sex **M** Hair **White**

Defendant was not served because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant

☐ Other: _____

Service was attempted on the following dates/times:
1) _____ 2) _____ 3) _____

Commonwealth/State of **CT**        ) SS:
County of **Hartford**              )

Before me, the undersigned notary public, this day, personally, appeared **Sandra Yade** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-221236
Case ID #:6552526

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/23

Subscribed and sworn to before me
this **4** day of **October**, 20**22**

_____ Notary Public