# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff** | : | No. 1:22-cv-1314 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **ALICIA KELSEY, et al.,** | : | |
| **Defendants** | : | |

## ORDER

    **AND NOW**, on this 18th day of April 2023, **IT IS ORDERED THAT** Plaintiff is directed to file a report as to the status of this action within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
