# SHERIFF'S OFFICE OF UNION COUNTY

**Ernest R Ritter, III**
*Sheriff*

**Scott W Hahn**
*Chief Deputy*

**Melissa Lobos**
*Solicitor*

**Heather Cicchiello**
*Administrative Assistant*

---

THE UNITED STATES OF AMERICA, ET SEQ
vs
ALICIA KELSEY ET AL. (et al )

| **Case Number** |
| 1 22-CV-01314-YK |

## SHERIFF'S RETURN OF SERVICE

### IN THE COURT OF COMMON PLEAS OF UNION COUNTY, PENNSYLVANIA

11/21/2022    Advance Fee

12/06/2022    02 27 PM - DEPUTY CHRISTIAN WACHTER, BEING DULY SWORN ACCORDING TO LAW, DEPOSES AND SAYS, THE COMPLAINT & SUMMONS WAS SERVED PERSONALLY TO JUDSON RUPERT SOLELY IN HER CAPACITY AS HEIR OF SHELLEY RAYE SMITH, DECEASED AT 189 HOFFMAN BLVD, WEST MILTON, PA 17886

CHRISTIAN WACHTER, DEPUTY

SO ANSWERS,

December 09, 2022

ERNEST R RITTER, III, SHERIFF

### COSTS

| DATE | CATEGORY | MEMO | CHK # | DEBIT | CREDIT |
|------|----------|------|-------|-------|--------|
| 11/21/2022 | Advance Fee | Advance Fee | 78102 | $0 00 | $75 00 |
| 11/21/2022 | Docket & Return | | | $9 00 | $0 00 |
| 11/21/2022 | Service | | | $9 00 | $0 00 |
| 12/07/2022 | Surcharge | | | $18 00 | $0 00 |
| 12/07/2022 | Mileage | | | $18 00 | $0 00 |
| 12/07/2022 | Affidavits (Out of County) | | | $5 50 | $0 00 |
| 12/09/2022 | Refund | (PAID 12/09/2022) | 2006 | $15 50 | $0 00 |
| | | | | $75.00 | $75.00 |
| | | | **BALANCE:** | $0.00 | |

*Plaintiff Attorney PROVEST LLC, 7702 WOODLAND CENTER BLVD, SUITE 100, TAMPA, FL 33614*

CountySr e Sheriff Teleoso1 nc