## SHERIFF'S OFFICE OF MIFFLIN COUNTY

**James Drayer**
*Sheriff*

**Daniel Z. Searer, Esq**
*Solicitor*

**Laurie J. Kozak**
*Chief Deputy*

---

| United States of America<br>vs.<br>Joshua Rupert, solely in his capacity as heir of Shelley Raye Smith | **Case Number**<br>1:22-CV-01314-YK |
|---|---|

### SHERIFF'S RETURN OF SERVICE

10/20/2022   09:57 AM - Deputy James D. Aumiller Jr. , being duly sworn according to law, deposes and says, an attempt to serve the Complaint & Summons upon Joshua Rupert, solely in his capacity as heir of Shelley Raye Smith at 184 Sand Roack Road, Lewistown, PA 17044 was unsuccessful, made no contact but left card.

JAMES D. AUMILLER JR., DEPUTY

10/21/2022   11:59 AM - Deputy Ronald E. Fisher, being duly sworn according to law, deposes and says, the Complaint & Summons was served upon Joshua Rupert, solely in his capacity as heir of Shelley Raye Smith of 184 Sand Roack Road, Lewistown, PA 17044 by handing a true and attested copy to the defendant at the Mifflin County Sheriff's Office, 20 N. Wayne Street, Lewistown, PA 17044, and made known the contents thereof.

RONALD E. FISHER, DEPUTY

SHERIFF COST: $38.00

SO ANSWERS,

October 24, 2022

JAMES DRAYER, SHERIFF

---

Commonwealth of Pennsylvania - Notary Seal
Ann L Ford, Notary Public
Mifflin County
My commission expires February 2 2023
Commission number 1288079
Member Pennsylvania Association of Notaries

**NOTARY**

Affirmed and subscribed to before me this

24TH   day of   OCTOBER   ,   2022        Ann L. Ford

Plaintiff Attorney: ProVest LLC, 7702 Woodland Center Blvd, Suite 100, Tampa, FL 33614