# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**THE UNITED STATES OF AMERICA; et seq.**
**Plaintiff (Petitioner)**

**CASE and/or DOCKET No.: 1:22-CV-01314-YK**

**Sheriff's Sale Date:** _____

V.

**ALICIA KELSEY SOLELY IN HER CAPACITY AS HEIR OF SHELLEY RAYE SMITH, DECEASED; ET AL.,**
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, **STEVEN ELLIOTT**, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I attempted to serve THE UNKNOWN HEIRS OF SHELLEY RAYE SMITH, DECEASED the above process on the **1** day of **October**, 20**22** at **4:15** o'clock, **P**M, at 1116 West Garber Street MOUNT UNION, PA 17066, County of Huntingdon, Commonwealth of Pennsylvania:

**Manner of Service:**

By handing a copy to:

☐ An officer, partner, trustee, or registered agent of the Defendant organization who is not a plaintiff in the action*

☐ The manager, clerk, or other person for the time being in charge of a regular place of business or activity of the Defendant organization who is not a plaintiff in the action *

☐ An agent authorized by the Defendant organization in writing to receive service of process for it who is not a plaintiff in the action *

☐ By handing a copy to the Defendant(s)

☐ By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

☐ By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

☐ By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

☐ By posting a copy of the original process on the most public part of the property pursuant to an order of court

* Name: _____
Relationship/Title/Position: _____
Remarks: _____
Description: Approximate Age _____ Height _____ Weight _____ Race _____ Sex _____ Hair _____

Defendant was not served because: ☐ Moved   ☐ Unknown   ☐ No Answer   ☒ Vacant

☐ Other: _____

Service was attempted on the following dates/times:
1) **October 2022 @ 4:15 PM**   2) _____   3) _____

Commonwealth/State of **PA**          ) SS:
County of **Bedford**                  )

Before me, the undersigned notary public, this day, personally, appeared **Steven G. Elliott** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

X _Steven Elliott_
(Signature of Affiant)

Subscribed and sworn to before me
this **3** day of **Oct**, 20**22**.

_Lindy L. McDonald_
Notary Public

File Number: USA-221236
Case ID #: 6552526

Commonwealth of Pennsylvania - Notary Seal
Lindy L. McDonald, Notary Public
Bedford County
My commission expires April 12, 2023
Commission number 1105340
Member, Pennsylvania Association of Notaries

Civil Action No.: **1:22-CV-01314-YK**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for (name of individual and title, if any) _____

was received by me on (date) 28 September 2022

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☒ I returned the summons unexecuted because The House Is Unoccupied, or There Are No Utilities Turned On

☐ Other (specify) :

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

10 October 2022
Date

Steven Elliott
Server's Signature

STEVEN ELLIOTT
Printed name and title

368 Rest Home Road
Markys Choice, PA. 15550
Server's Address

Additional information regarding attempted service, etc: