# KML LAW GROUP, P.C.

ATTORNEYS AT LAW
_____

SUITE 5000
BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PENNSYLVANIA  19106-1532
(215) 627-1322
(866) 413-2311
FAX (215) 627-7734

**WWW.KMLLAWGROUP.COM**

June 14, 2023

Honorable Yvette Kane
United States District Court
Middle District of Pennsylvania

RE:   THE UNITED STATES OF AMERICA vs. ALICIA KELSEY Solely in Her Capacity as Heir of Shelley Raye Smith, Deceased, JOSHUA RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased, JUDSON RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased & The Unknown Heirs of Shelley Raye Smith, Deceased
Docket #1:22-cv-01314

Dear Judge Yane:

In accordance with your direction to file a written report regarding the status of service on the defendant in this action, I am providing you with the following information:

The Complaint in this matter was filed on August 22, 2022 and a Summons issued.  On August 22, 2022 the Summons and Complaint was sent to the defendant along with a Request for Waiver of Service of Summons. Pursuant to Fed.R.Civ.P. 4(d)(1)(F), we have allowed at least 30 days after this request was sent for the defendant to return the waiver.  A personal service processor served Defendants, ALICIA KELSEY Solely in Her Capacity as Heir of Shelley Raye Smith, Deceased, JOSHUA RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased, JUDSON RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased.

We are preparing to file a Motion for Substitute Service for The Unknown Heirs of Shelley Raye Smith, Deceased.  We anticipate this being filed within the next week.

I apologize for failing to send this status report to the court in a timely manner.

Your Honor's consideration in this matter is greatly appreciated.

                                              Respectfully yours,

                                              KML LAW GROUP, P.C.

                                              BY: /s/ Brian Nicholas, Esq.
                                              Brian Nicholas, Esq.
                                              Attorney for Plaintiff
                                              Email:  BNicholas@kmllawgroup.com