IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
|     **Plaintiff** | : | No. 1:22-cv-1314 |
| | : | |
|     v. | : | (Judge Kane) |
| | : | |
| **ALICIA KELSEY, et al.,** | : | |
|     **Defendants** | : | |

## **ORDER**

On August 29, 2023, Plaintiff United States of America ("Plaintiff") filed a Motion for Service by Posting Property and Certified Mail (Doc. No. 11), with attached exhibit (Doc. No. 11-1) and a proposed order (Doc. No. 11-3). The motion was not accompanied by a brief. Local Rule 7.5 provides, in relevant part, that "[w]ithin fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. . . . If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn." See L.R. 7.5. The Court's review of the docket in this matter reveals that Plaintiff did not file a brief in support of the motion within the fourteen-day period, which expired on September 12, 2023.

**AND SO**, on this 14th day of September 2023, in accordance with Local Rule 7.5, **IT IS ORDERED THAT** Plaintiff's motion (Doc. No. 11) is **DEEMED WITHDRAWN**.

                                                         s/ Yvette Kane
                                                         Yvette Kane, District Judge
                                                         United States District Court
                                                         Middle District of Pennsylvania