**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff** | : | **No. 1:22-cv-01314** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **ALICIA KELSEY, et al.,** | : | |
| **Defendants** | : | |

**ORDER**

On May 30, 2024, Plaintiff United States of America ("Plaintiff") filed a Motion for Service by Posting Property and Certified Mail (Doc. No. 13), with attached exhibit (Doc. No. 13-1) and a proposed order (Doc. No. 13-3).  The motion was not accompanied by a brief.  Local Rule 7.5 provides, in relevant part, that "[w]ithin fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. . . .  If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn."  See L.R. 7.5.  The Court's review of the docket in this matter reveals that Plaintiff did not file a brief in support of the motion within the fourteen-day period, which expired on June 13, 2024.

**AND SO**, on this 14th day of June 2024, in accordance with Local Rule 7.5, **IT IS ORDERED THAT** Plaintiff's motion (Doc. No. 13) is **DEEMED WITHDRAWN**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania