## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　　Plaintiff<br>　v.<br><br>ALICIA KELSEY Solely in Her Capacity as Heir of Shelley Raye Smith, Deceased<br>JOSHUA RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased<br>JUDSON RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased<br>The Unknown Heirs of Shelley Raye Smith, Deceased | Civil Action No:  1:22-cv-01314 |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION
## FOR SUBSTITUTED SERVICE UNDER Pa.R.C.P. 430(a)

Plaintiff has filed a Complaint in Mortgage Foreclosure against Defendant(s), which the Plaintiff has been unable to personally serve upon Defendant, The Unknown Heirs of Shelley Raye Smith, Deceased.  As noted in the attached Motion, Plaintiff has made a good faith attempt to ascertain the whereabouts of the Defendant(s) without success.  Accordingly, the Court may approve alternative means of service. See Pa.R.C.P. 430(a).

### CONCLUSION

For reasons stated above and in the attached Motion, the Court should enter an order allowing Plaintiff to serve the Complaint in Mortgage Foreclosure upon Defendant, The

Unknown Heirs of Shelley Raye Smith, Deceased by posting the property and certified mail and regular mail to the last known address of the Defendant(s).

                                                      Respectfully submitted,
                                                     KML Law Group, P.C.

                                                     By: /s/ Michael McKeever, Esq.
                                                     Michael McKeever, Esquire
                                                     Pennsylvania Attorney I.D. No. 56129
                                                     Suite 5000 – BNY Independence Center
                                                     701 Market Street
                                                     Philadelphia, PA  19106-1532
                                                     (215) 825-6303