# AFFIDAVIT OF SERVICE

| Case: | Court: | Job: |
|---|---|---|
| 1:22-cv-01314-YK | In the United States District Court for the Middle District of Pennsylvania | 11791798 (USA-221236) |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| UNITED STATES OF AMERICA | ALICIA KELSEY Solely in Her Capacity as Heir of Shelley Raye Smith, Deceased JOSHUA RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased JUDSON RUPERT Solely in His Capacity as Heir of Shelley Raye Smith, Deceased The Unknown Heirs of Shelley Raye Smith, Deceased |

| Received by: | For: |
|---|---|
| Harris Investigations, LLC | Provest, LLC |

| To be served upon: |
|---|
| The Unknown Heirs of Shelley Raye Smith, Deceased |

I, Dana L. Shoemaker, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** The Unknown Heirs of Shelley Raye Smith, Deceased, 1116 West Garber Steet, Mount Union, pA 17066
**Manner of Service:** Posted, Sep 20, 2024, 2:52 pm EDT
**Documents:** ORDER (Received Sep 12, 2024 at 12:55pm EDT), CIVIL COVER SHEET, COMPLAINT (Received Sep 12, 2024 at 12:55pm EDT)

**Additional Comments:**
1) Unsuccessful Attempt: Sep 17, 2024, 3:33 pm EDT at 1116 West Garber Steet, Mount Union, pA 17066
Per the official notices posted to the front door, this home is vacant and/or abandoned. Unable to serve any heirs or individuals at the residential address in this order.
2) Successful Attempt: Sep 20, 2024, 2:52 pm EDT at 1116 West Garber Steet, Mount Union, pA 17066 received by The Unknown Heirs of Shelley Raye Smith, Deceased.

Dana L. Shoemaker  9.26.24
ID # 1016

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
814-553-2899

Subscribed and sworn to before me by the affiant who is personally known to me.

Pamela L. Davis
Notary Public

Date 9-26-24    Commission Expires 10/09/2024

Commonwealth of Pennsylvania - Notary Seal
PAMELA L DAVIS - Notary Public
Somerset County
My Commission Expires October 9, 2024
Commission Number 1377687

KML Law Group, PC
PO Box 9056
Temecula, CA 92589-9056

Send Correspondence to:
KML Law Group, PC
701 Market St, Suite 5000
Philadelphia, PA 19106

23940189b5



20240912-305

The Unknown Heirs of Shelley Raye Smith, Deceased
1116 West Garber Steet
Mount Union, PA 17066

CofM-Simp_FLAT



KML Law Group, PC
PO Box 9056
Temecula, CA 92589-9056

Send Correspondence to:
KML Law Group, PC
701 Market St, Suite 5000
Philadelphia, PA 19106

9314 8100 1170 1178 8215 44

**RETURN RECEIPT (ELECTRONIC)**

20240912-305

The Unknown Heirs of Shelley Raye Smith, Deceased
1116 West Garber Steet
Mount Union, PA 17066

CMRRE-Simp_FLAT