IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO.** |
| | : | |
| **Plaintiff,** | : | **1:22-CV-1314** |
| | : | |
| v. | : | **Judge Kane** |
| | : | |
| **ALICIA KELSEY, ET AL** | : | |
| | : | |
| **Defendants.** | : | |

## ENTRY OF DEFAULT

Default is hereby entered against defendants, **Alicia Kelsey, Joshua Rupert, and Judson Rupert; solely and in their capacity as heir of Shelley Raye Smith, Deceased** for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                    Peter J. Welsh, Clerk of Court

                                    by: *s/Anita Arledge*
                                    Deputy Clerk

Dated: 10/21/24